2/18/2026 4:06 PM
26CV08653

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| ADVENTIST HEALTH PORTLAND, an Oregon non-profit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>RHINO HOLDINGS MARKETPLACE 205, LLC, a foreign limited liability corporation,<br><br>        Defendant. | No.<br><br>COMPLAINT (Private Nuisance)<br><br>Amount at Issue: $100,000<br>Filing Fee: $594<br>Fee Authority: ORS 21.160(1)(c)<br><br>NOT SUBJECT TO MANDATORY ARBITRATION |

Plaintiff Adventist Health Portland ("Adventist") alleges as follows:

**PARTIES**

1.

Adventist is a nonprofit corporation organized and existing under the laws of the state of Oregon with its principal place of business at 10123 SW Market Street, Portland, Oregon. Adventist Medical Center is an acute care hospital licensed under Oregon law, operating at 10123 SW Market Street, Portland, Oregon and several surrounding offices (the "Adventist Property").

2.

Defendant Rhino Holdings Marketplace 205, LLC ("Rhino" or "Defendant") is a Delaware corporation, with its principal place of business in the state of Nevada, licensed to do business in the state of Oregon.

Page 1 -  COMPLAINT (Private Nuisance)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

144470\292299\49884419.3

EXHIBIT 1
PAGE 1 OF 9

3.

Upon information and belief, Rhino has, at all relevant times, owned or operated a largely defunct strip mall currently containing a Target and Home Depot ("Mall 205"). Mall 205 is adjacent to the Adventist Property, located at or near 9710-9728 SW Washington St, Portland, OR 97216 (the "Mall 205 Property").

**JURISDICTION AND VENUE**

4.

Jurisdiction and venue are proper because Plaintiff's injuries were caused by the Defendant's conduct (or lack thereof) at its property located in Multnomah County, Oregon.

**CLAIM FOR RELIEF**

**(Private Nuisance)**

5.

Adventist is a health system. Its Portland location has a clinic serving underprivileged members of the community, hospital, heart health center, primary care clinic, family center, specialty surgery clinic, cancer institute, lung clinic, and more. Adventist sees visitors of the most vulnerable kind, including the immunocompromised, newborn infants, and elderly.

6.

Over the last several years, Adventist has experienced numerous incidents involving noxious, pungent smells emitting from the Rhino Property. The episodes last anywhere from few days to several weeks.

7.

Upon information and belief, the smells are caused by a malfunctioning waste containment system or drainage located on the Rhino Property. When this occurs, raw sewage and effluent material overflows into a swale on the Rhino Property. The swale neighbors the Adventist Property.

Page 2 -    COMPLAINT (Private Nuisance)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

144470\292299\49884419.3

EXHIBIT 1
PAGE 2 OF 9

8.

On or about June 2024, during one such malfunction, Adventist had thousands of gallons of human waste flow from the Rhino Property into the swale.

9.

Adventist has made several entreaties to Rhino and its various property managers to repair the malfunctioning system in such a way that future malfunctions are prevented. Recently, Rhino informed Adventist that it was in the process of completely repairing the waste containment system by replacing a pump. Rhino assured Adventist the pump replacement would resolve the situation in its entirety.

10.

Despite Rhino's promises, the waste containment system has continued to malfunction. In or around April 2025, Adventist again discovered thousands of gallons of human waste flowing into the swale abutting its medical campus (the "April 2025 Incident"). The April 2025 Incident took several days to be repaired. Adventist was forced to place air purifiers throughout the Adventist Property. Despite Adventist's best efforts, the smell emitting from the swale deterred numerous patients from entering Adventist's Property and caused numerous Adventist employees to take sick leave as a result of headaches and other reported medical concerns attributable to the smell.

 

Page 3 -    COMPLAINT (Private Nuisance)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

144470\292299\49884419.3

EXHIBIT 1
PAGE 3 OF 9

11.

As a direct result of the April 2025 Incident, the City of Portland demanded that Rhino rectify the hazard and commence with a remediation plan. A "Warning! Sewage Spill Do NOT Enter" sign was placed directly abutting the Adventist Property.



12.

Rhino again promised to resolve the issues, and upon information and belief repaired the malfunctioning lift station yet again and attempted to remediate the swale and surrounding areas of the Rhino Property.

13.

However, around November 18, 2025, Adventist's patients and employees began again complaining of noxious odors emitting from the direction of the Rhino Property.

14.

Adventist notified Rhino of the smells and requested that Rhino investigate the cause. To the best of Adventist's knowledge, no true investigation ever occurred.

///

///

///

///

///

Page 4 -    COMPLAINT (Private Nuisance)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

144470\292299\49884419.3

EXHIBIT 1
PAGE 4 OF 9

15.

On or around January 13, 2026, an Adventist staff member discovered that effluent was once again leaking into the swale, likely causing the odors emitting from the direction of the Rhino Property.

 

16.

To date, no solution offered by Rhino has rectified this ongoing hazard and the swale on the Rhino Property continues to contain effluent material and cause noxious odors to emit onto the Adventist Property.

17.

The swale of human waste on the Rhino Property, bordering the Adventist Property, has affected and continues to affect and unreasonably interfere with the Adventist Property and Adventist's use and enjoyment thereof.

18.

Defendant's acts and omissions have unreasonably interfered with Adventist's use and enjoyment of the Adventist Property and constitute a private nuisance under Oregon law.

19.

Adventist has no adequate remedy at law.

Page 5 -    COMPLAINT (Private Nuisance)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

144470\292299\49884419.3

EXHIBIT 1
PAGE 5 OF 9

20.

As a direct and proximate result of Defendant's action, Adventist has suffered damages including loss of use, annoyance, discomfort, and inconvenience, in an amount to be proven at trial, but not less than $100,000. Adventist is entitled to a judgment and money award against Defendant in this amount, and also for an injunction requiring Defendant to abate the nuisance.

**WHEREFORE**, Adventist requests a judgment and money award against Defendant in an amount to be proven at trial, but not less than $100,000; a preliminary and permanent injunction requiring Defendant to permanently abate the nuisance; statutory interest at the rate of 9%; Adventist's costs and disbursements incurred herein; and, such further and additional relief as the court deems just and equitable.

Dated this 18th day of February 2026.

SCHWABE, WILLIAMSON & WYATT, P.C.


By:  _s/ Craig G. Russillo_____
Craig G. Russillo, OSB #973875
crussillo@schwabe.com
Amanda Kohls, OSB #243638
akohls@schwabe.com
Of Attorneys for Plaintiff
Adventist Health Portland

Trial Attorney:
Craig G. Russillo, OSB #973875

Page 6 -    COMPLAINT (Private Nuisance)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

144470\292299\49884419.3

EXHIBIT 1
PAGE 6 OF 9

3/6/2026 2:20 PM
26CV08653

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

ADVENTIST HEALTH PORTLAND, an
Oregon non-profit corporation,

        Plaintiff,

      v.

RHINO HOLDINGS MARKETPLACE 205,
LLC, a foreign limited liability corporation,

        Defendant.

No. 26CV08653

SUMMONS

To:   Rhino Holdings Marketplace 205, LLC
      c/o Registered Agents Inc, Registered Agent
      5441 S. Macadam Avenue, Suite R
      Portland, OR 97239

YOU ARE HEREBY REQUIRED to appear and defend the Complaint made against you in the above-entitled action within thirty (30) days from the date of service of this Summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the Complaint.

**NOTICE TO THE DEFENDANT:**

**READ THESE PAPERS CAREFULLY!**

YOU MUST "APPEAR" IN THIS CASE OR THE OTHER SIDE WILL WIN AUTOMATICALLY. TO "APPEAR" YOU MUST FILE WITH THE COURT A LEGAL PAPER CALLED A "MOTION" OR "ANSWER." THE "MOTION" OR "ANSWER" MUST BE GIVEN TO THE COURT CLERK OR ADMINISTRATOR WITHIN 30 DAYS ALONG WITH THE REQUIRED FILING FEE. IT MUST BE IN PROPER FORM AND HAVE PROOF OF SERVICE ON THE PLAINTIFF'S ATTORNEY OR, IF THE PLAINTIFF DOES NOT HAVE AN ATTORNEY, PROOF OF SERVICE UPON THE PLAINTIFF.

IF YOU HAVE ANY QUESTIONS, YOU SHOULD SEE AN ATTORNEY IMMEDIATELY. IF YOU NEED HELP IN FINDING AN ATTORNEY, YOU MAY CONTACT THE OREGON STATE BAR'S LAWYER REFERRAL SERVICE ONLINE AT WWW.OREGONSTATEBAR.ORG OR BY CALLING (503) 684-3763 (IN THE PORTLAND METROPOLITAN AREA) OR TOLL-FREE ELSEWHERE IN OREGON AT (800) 452-7636.

**SCHWABE WILLIAMSON & WYATT PC**

_____
SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

CRAIG G. RUSSILLO        OSB No. 973875
ATTORNEY'S/AUTHOR'S NAME    BAR NO. (IF ANY)

1211 SW 5TH Avenue, Suite 1900
ADDRESS

Portland, Oregon        503-796-2092
CITY   STATE   ZIP        PHONE

CRAIG G. RUSSILLO        OSB No. 973875
TRIAL ATTORNEY IF OTHER THAN ABOVE    BAR NO.

Page 1 -   SUMMONS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

144470\292299\50089181.1

EXHIBIT 1
PAGE 7 OF 9

**TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS**:  You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

**CRAIG G. RUSSILLO, OSB NO. 973875**
**OF ATTORNEYS FOR PLAINTIFF**

SCHWABE, WILLIAMSON & WYATT
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone (503) 796-2092

Page 2 -   SUMMONS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

144470\292299\50089181.1

EXHIBIT 1
PAGE 8 OF 9

3/6/2026 2:20 PM
26CV08653

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

ADVENTIST HEALTH PORTLAND, an Oregon non-profit
corporation,

        Plaintiff,

  vs.

RHINO HOLDINGS MARKETPLACE 205, LLC, a foreign
limited liability corporation,

        Defendant.

_____/

Case No. **26CV08653**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Multnomah       ss.

I, Mitch Wirth, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons; Complaint*

CORPORATE SERVICE - Pursuant to ORCP 7D(3):

Upon **Rhino Holdings Marketplace 205, LLC** , by personal service upon Callie Parker, the clerk on duty in the office of the registered agent, Registered Agents Inc, 5441 S. Macadam Avenue, Suite R, Portland, OR 97239 on March 06, 2026 at 10:03 AM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this ___6th___ day of ___March___ ,20_26_.



X_____

Mitch Wirth
Nationwide Process Service, Inc.
315 W Mill Plain Blvd, Ste. 206
Vancouver, WA 98660
503-241-0636

*374681*

EXHIBIT 1
PAGE 9 OF 9